IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CORNELIO RAMIREZ, | : | PRISONER HABEAS CORPUS |
| GDC # 1000627233, | : | 28 U.S.C. § 2254 |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JASON MEDLIN, | : | CIVIL ACTION NO. |
|    Respondent. | : | 1:14-CV-3317-WSD-GGB |

## FINAL REPORT AND RECOMMENDATION

Petitioner, Cornelio Ramirez, confined in the Wheeler Correctional Facility in Alamo, Georgia, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. [Doc. 1]. On October 23, 2014, I ordered Petitioner to submit, within thirty (30) days, either the $5.00 filing fee for this case or a completed application for leave to proceed *in forma pauperis*. [Doc. 2]. I advised Petitioner that failure to comply with my Order could result in the dismissal of this case.

As of December 10, 2014, the docket sheet for this case indicates that Petitioner has neither paid the $5.00 filing fee nor submitted a completed application for leave to proceed *in forma pauperis*. Petitioner has not otherwise responded. Accordingly, I **RECOMMEND** that this action be **DISMISSED**

**WITHOUT PREJUDICE** for Petitioner's failure to comply with a lawful order of the Court.  *See* Fed. R. Civ. P. 41(b); LR 41.3A(2), ND Ga.

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED**, this 10th day of December, 2014.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)